UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **COREY D. FACIANE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-809** |
| **JASON KENT, WARDEN** | **SECTION D (2)** |

# ORDER

The Court, having reviewed *de novo* the Petition,[1] the State's Response to the Petition,[2] the record, the applicable law, the Findings and Recommendations of the United States Magistrate Judge,[3] and the failure of any party to file an objection to the Magistrate Judge's Findings and Recommendations,[4] hereby approves the Findings and Recommendations of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the federal Petition filed by Corey D. Faciane is **DENIED** and **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 4th day of November, 2020.

_____
**WENDY B. VITTER**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 4.
[2] R. Doc. 12.
[3] R. Doc. 19.
[4] The law allows fourteen days for a party to file objections. *See* 28 U.S.C. § 636(b)(1). However, because Petitioner is *pro se*, the Court has allowed Petitioner an additional week in which to file objections beyond the statutorily-mandated fourteen day period.